# United States Bankruptcy Court

## District of Connecticut

In re:

HO WAN KWOK, *et al.,* [1]

Debtors

Case Number: 22-50073

Chapter: 11

(Jointly Administered)

Luc A. Despins, Chapter 11 Trustee,

Plaintiff,

v.

Hing Chi Ngok; Mei Guo; Qiang Guo; William Je; Xuebing Wang; Yvette Wang; Max Krasner; Chunguang Han; Yongbing Zhang; Aaron Mitchell; Rule of Law Foundation III Inc.; GTV Media Group, Inc.; Saraca Media Group, Inc.; Hudson Diamond NY LLC; G-Club US Operations LLC; Bravo Luck Limited; Greenwich Land LLC; Crane Advisory Group L.L.C.; G-Club Operations LLC; GS Security Solutions, Inc.; Gypsy Mei Food Services LLC; HCHK Technologies Inc.; Lexington Property and Staffing Inc.; Hamilton Opportunity Fund SPC; Taurus Management LLC; Taurus Fund LLC; Leading Shine NY Ltd.; ACA Capital Group Ltd.; Rule of Law Society IV, Inc.; Hamilton PE Fund SP; Hamilton Digital Assets Fund SP; Himalaya Currency Clearing Pty Ltd.; Himalaya International Financial Group Limited; Holy City Hong Kong Ventures, LTD.; Victor Cerda; Ana C. Izquierdo-Henn; Haitham Khaled; Jessica Mastrogiovanni; Alex Hadjicharalambous; Beile Li; Anthony DiBattista; Gladys Chow; Scott Barnett; Haoran He; Hsin Shih Yu; Limarie Reyes Molinaris; Nicholas Savio; Qidong Xia; Yan Chun Liu; Gettr USA, Inc.; G Club International Limited; GNEWS Media Group, Inc.; Himalaya International Clearing Ltd.; Hudson Diamond Holdings LLC; Lawall & Mitchell, LLC; O.S.C.Orbit Service Company LLC; Savio Law LLC; HCHK Property Management, Inc.

Defendant(s)

Adversary Proceeding No: 24-05273 (JAM)

## SUMMONS IN AN ADVERSARY PROCEEDING

**To the Plaintiff:**

In accordance with Fed. R. Bankr. P. 7004(e), on or before **March 7, 2024**, you must serve this Summons and a copy of the Complaint filed on February 15, 2024, on all Defendants in accordance with Fed. R. Bankr. P. 7004(a) or (b), except any Defendants to be served in a foreign country.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

If service is made on any named Defendants in a foreign country, you must serve this Summons and a copy of the Complaint filed on February 15, 2024, on all such named Defendants in accordance with Fed. R. Civ. P. 4(f), (h), and (j), made applicable by Fed. R. Bankr. P. 7004(a)(1).

You must also complete the attached Certificate of Service of Process and file the completed Certificate with the Bankruptcy Court electronically or at the address listed on the second page of this Summons.

**To the Defendant(s):**

YOU ARE SUMMONED and, if you are a Defendant properly served with this Summons and the Complaint in accordance with the instruction above and applicable rules within a judicial district of the United States, pursuant to Fed. R. Bankr. P. 7012(a), you are required to file, electronically or with the Clerk of the Bankruptcy Court at the address in this Summons, a motion or answer to the Complaint on or before 60 days from the service of this Summons.

If you are a Defendant served with this Summons and the Complaint in a foreign country, you are required to file, electronically or with the Clerk of the Bankruptcy Court at the address in this Summons, a motion or answer to the Complaint within 60 days from proper service of the Summons and Complaint, unless the Court orders a different deadline to file a motion or answer to the Complaint upon motion made pursuant to Fed. R. Bankr. P. 7012(a).

At the same time, you must also serve a copy of the motion or answer upon the Plaintiff's attorney:

| |
|---|
| Douglass E. Barron, Esq. |
| Paul Hastings LLP |
| 200 Park Avenue |
| New York, NY 10166 |

If you make a motion under Fed. R. Bankr. P. 7012, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Dated: **February 29, 2024**

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

**CERTIFICATE OF SERVICE OF PROCESS**

**Adv. Pro. Number: 24-05273 (JAM)**

**I, _____, certify that service of this Summons and a**
(name)
**copy of the complaint was made on _____by** (*check one below*)**:**
(date)

☐          **Mail service**: Regular, First-Class United States mail, postage fully pre–paid, addressed to:

☐          **Personal Service**: By leaving the process with defendant or with an officer or agent of defendant at:

☐          **Residence Service**: By leaving the process with the following adult at:

☐          **Certified Mail Service on an Insured Depository Institution**: By sending the process by certified mail addressed to the following officer of the defendant at:

☐          **Publication**: The defendant was served as follows:

☐          **State Law**: The defendant was served pursuant to the laws of the State of _____, as follows:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

_____          _____

Date                                       Signature

_____

Print Name

_____

Business Address

_____

City, State, Zip