**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| IN RE:<br>HO WAN KWOK, et al.,<br>*Debtors*.[1] | Chapter 11<br>Case No. 22-50073 (JAM)<br>(Jointly Administered) |
| LUC A. DESPINS, CHAPTER 11 TRUSTEE<br>*Plaintiff,*<br>—v.—<br>NGOK ET AL.,<br>*Defendants.* | Adv. Proc. No. 24-05273 (JAM)<br><br><br><br>September 18, 2024 |

**DEFENDANTS, G CLUB OPERATIONS LLC AND G CLUB INTERNATIONAL LIMITED'S MOTION TO DISMISS ADVERSARY COMPLAINT**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, made applicable to this adversary proceeding by Rule 7012 of the Federal Rules of Bankruptcy Procedure, Defendants G Club Operations LLC ("G Club") and G Club International Limited ("GCI," and together with G Club, the "Defendants"), through their undersigned counsel, move to dismiss the Complaint, ECF No. 1,[2] (the "Complaint") filed by Plaintiff Luc A. Despins (the "Trustee"), in his capacity as the Chapter 11 Trustee for the bankruptcy estate of the above-captioned debtor. As fully supported in

[1] The Debtors in the main Chapter 11 case are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok.

[2] All docket references are to the docket in this Adversary Proceeding unless otherwise stated.

**ORAL ARGUMENT REQUESTED**

the memorandum of law submitted concurrently herewith, the Court should dismiss the Complaint with prejudice for the reasons set forth therein.

DEFENDANTS
G CLUB OPERATIONS LLC
G CLUB INTERNATIONAL LIMITED

By: /s/ Jeffrey M. Sklarz
Jeffrey M. Sklarz (ct20938)
Kellianne Baranowsky (ct26684)
Michelle Amanda Antao (ct31715)
Green & Sklarz LLC
One Audubon Street, Third Floor
New Haven, CT 06511
(203) 285-8545
Fax: (203) 823-4546
jsklarz@gs-lawfirm.com
kbaranowsky@gs-lawfirm.com
mantao@gs-lawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2024, a copy of the foregoing was served via CM/ECF. Parties may access this filing through the Court's CM/ECF system.

/s/ Jeffrey M. Sklarz